IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00104-LTB-MJW

ELAINE F. CHOA,

Plaintiff,

v.

CENTRAL MASONRY CORPORATION, and
NEAL HOUSE,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery Responses (docket no. 19) is GRANTED IN PART AND DENIED IN PART as follows:

1.     That the portion of the subject motion compelling requests for production of documents #1, #5, #6, and #9, is DENIED, finding that Plaintiff served her "Limited Amended Request for Production of Documents" upon Defendants.  *See* exhibit 4 attached to Defendants' response (docket no. 24).  Accordingly, Plaintiff's previous request for **ALL** Defendants' employees' payroll records is MOOT and premature at this time;

2.     That Plaintiff's Request for Admissions ("RFA")  #4 is GRANTED and the Defendants' objections to this RFA on the grounds of being overbroad and vague are overruled;

3.     That Plaintiff's RFA #5 is DENIED.  Defendants have fully responded to this RFA;

4.     That Plaintiff's RFA #6 is DENIED.  Defendants have fully responded to this RFA;

5.     That Plaintiff's RFA #8 is GRANTED.  Defendants' objections to this RFA on the grounds of being overbroad and vague are overruled;

6.      That Plaintiff's RFA #9 is DENIED.  Defendants have fully responded to this RFA;

7.      That Plaintiff's RFA #11 is GRANTED.  Defendants' objections to this RFA on the grounds of being overbroad, vague, and not likely to lead to the discovery of admissible evidence are overruled;

8.      That Plaintiff's RFA #19 is DENIED.  Defendants have fully responded to this RFA;

9.      That Plaintiff's Interrogatory ('ROG") #7 is GRANTED.  Defendants' objections to this ROG on the grounds of being overbroad, vague, and not likely to lead to the discovery of admissible evidence are overruled;

10.    That Plaintiff's ROG #10 is DENIED.  Defendants have fully responded to this ROG;

It is FURTHER ORDERED that Defendants shall provide more complete responses to paragraphs 2, 5, 7, and 9 above to Plaintiff on or before December 31, 2007.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

Date: December 17, 2007

_____