IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00104-LTB-MJW

ELAINE F. CHOA,

Plaintiff,

v.

CENTRAL MASONRY CORPORATION, and
NEAL HOUSE,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Unopposed Motion to Amend the Scheduling Order (docket no. 32) is GRANTED. The deadline to complete discovery is extended to April 15, 2008, for the limited purpose of completing the depositions only. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: January 28, 2008