IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00104-LTB-MJW

ELAINE F. CHOA,

Plaintiff,

v.

CENTRAL MASONRY CORPORATION and
NEAL HOUSE,

Defendants.

---

### ORDER REGARDING
### PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY RESPONSES
### (DOCKET NO. 37)

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Plaintiff's Second Motion to Compel Discovery Responses (docket no. 37). The court has reviewed the motion and the response (originally filed as docket no. 39 and re-filed as docket no. 41). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

I conducted a discovery conference on January 30, 2008. *See* docket no. 36 for minutes from this January 30, 2008 discovery conference. At this conference, I entered

the following order:

> ORDERED: On or before February 29, 2008, Defendants shall provide to Plaintiff timekeeping and wage records for all employees, except those of hourly paid masons, brick layers and laborers, for the period of October 2003 to the present. The court's December 17, 2007, Minute Order (docket no.25) is amended to reflect this clarification.

I find that Plaintiff's counsel received the employee list from Defendants on February 1, 2008. I find that job titles and job duties were not included in the employee list that was provided to Plaintiff by Defendants. I find that some of the information contained in the employee list from Defendants is not readable. I find that Plaintiff attempted to work out this problem concerning the unreadable portions of the employee list with Defendants. I find that the employee list is incomplete insofar as it does not contain the job titles and job duties of the those employees outlined on the employee list. Lastly, I find that under these circumstances, it would be unjust to award sanctions pursuant to Fed. R.Civ. P. 37(a)(4)(A).

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiff's Second Motion to Compel Discovery Responses (docket no. 37) is **GRANTED**;

2. That Defendants shall provide to Plaintiff a readable copy of the employee list that contains the additional information of job titles and job duties of the employees outlined on the employee list on or before March 7, 2008; and,

3.   That each party pay their own attorney fees and costs.

Done this 22nd day of February 2008.

                                            BY THE COURT

                                            <u>s/ Michael J. Watanabe</u>
                                            MICHAEL J. WATANABE
                                            U.S. MAGISTRATE JUDGE