**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00104-LTB-MJW

ELAINE F. CHOA, Secretary of Labor, United States Department of Labor,

      Plaintiff,

v.

CENTRAL MASONRY CORPORATION, and
NEAL HOUSE, individually,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 44 - filed April 11, 2008), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

       s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: April 14, 2008